```
┌─────────────────────────────┐
│ USDS SDNY                   │
│ DOCUMENT                    │
│ ELECTRONICALLY FILED        │
│ DOC #: _____        │
│ DATE FILED: 4/22/08         │
└─────────────────────────────┘
```

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

86 Chambers Street
New York, New York 10007

April 21, 2008



**BY FACSIMILE (212) 805-7912**
The Honorable John G. Koeltl
United States District Court
Southern District of New York
500 Pearl Street, Room 1030
New York, New York 10007

    Re:    Lewis v. Chertoff, 08 Civ. 1322 (JGK) (THK)

Dear Judge Koeltl:

    I am the Assistant United States Attorney assigned to the above-titled matter. At present, an initial conference is scheduled for April 24, 2008, at 4:30 p.m. I spoke today with K.C. Okoli, Esq., counsel for plaintiff, who informed me that he sent the complaint to this Office by certified mail on February 14, 2008. Accordingly, it appears that the Government's response was due on April 17, 2008.

    The Government respectfully requests an extension of its deadline for responding to the complaint to May 19, 2008, and an adjournment of the initial conference to a subsequent date convenient to the Court. The extension is necessary to permit the Government additional time to gather the information necessary to respond to the complaint. This is the Government's first such request in this matter. Mr. Okoli has informed me that he consents to this request.

    Thank you for your consideration.

                                     Respectfully,

                                       MICHAEL J. GARCIA
                                       United States Attorney

**APPLICATION GRANTED**
      **SO ORDERED**            By: _____
                                        JOSEPH N. CORDARO
_____              Assistant United States Attorney
4/21/08 John G. Koeltl, U.S.D.J.        Telephone: (212) 637-2745
                                        Facsimile: (212) 637-2686

cc:    K.C. Okoli, Esq. (by facsimile: 212-268-3443)