UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
NATHANIEL W. LEWIS,

                Plaintiffs,

    - against -

MICHAEL CHERTOFF,

                Defendant.
------------------------------------------------------------X

```
USDC SDNY
DOCUMENT
ELECTRO...  FILED
DOC #: _____
DATE FILED: 6/19/08
```

08 Civ. 1322 (JGK)(THK)

**ORDER OF REFERENCE
TO A MAGISTRATE JUDGE**

**JOHN G. KOELTL, District Judge:**

    The above entitled action is referred to the designated Magistrate Judge for the following purpose(s):

| | |
|---|---|
| ___ General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement) | _X_ Consent under 28 U.S.C. §636(c) for all purposes (including trial) |
| ___ Specific Non-Dispositive Motion/Dispute:* _____ _____ | ___ Consent under 28 U.S.C.§636(c) for limited purpose (e.g., dispositive motion, preliminary injunction) Purpose:_____ |
| If referral is for discovery disputes when the District Judge is unavailable, the time period of the referral:_____ | ___ Habeas Corpus |
| | ___ Social Security |
| ___ Settlement* | ___ Dispositive Motion (i.e., motion requiring a Report and Recommendation) |
| ___ Inquest After Default/Damages Hearing | Particular Motion:_____ _____ |
| | All such motions: ____ |

**SO ORDERED.**

DATED:    New York, New York
                June ___, 2008

6/18/08

                                                **John G. Koeltl
                                                United States District Judge**

* Do not check if already referred for general pretrial.