UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - x
NATHANIEL W. LEWIS,

        Plaintiff,

v.

JANET NAPOLITANO, Secretary,
U.S. Department of Homeland Security

        Defendant.
- - - - - - - - - - - - - - - - - - - - - - - - - - x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 3/26/09

08 Civ. 1322 (THK)
ECF Case

SECOND REVISED CONSENT
SCHEDULING ORDER

    Plaintiff Nathaniel Lewis and Defendant Janet Napolitano, by their respective counsel, hereby stipulate as follows:

(1) Fact discovery shall be completed no later than May 15, 2009.

(2) The parties will exchange Fed. R. Civ. P. 26(a)(2)(A) expert testimony disclosures no later than May 15, 2009.

(3) Plaintiff's expert report(s) shall be served no later than June 8, 2009.

(4) Defendant's expert report(s) shall be served no later than June 22, 2009.

(5) Rebuttal expert report(s) shall be served no later than June 29, 2009.

(6) All discovery shall be completed no later than June 29, 2009.

MAR-25-2009 WED 04:52 PM NAC FRONT DESK          FAX NO. 18037055938          P. 05
Case 1:08-cv-01322-THK   Document 14   Filed 03/26/09   Page 2 of 2

MAR-25-2009  15:10       US ATTORNYS OFFICE                          212       P.03

(7) All motions and applications shall be governed by the Court's Individual Rules of Practice.

Dated: New York, New York
March 25, 2009

LAW OFFICES OF K.C. OKOLI, P.C.
*Attorney for Plaintiff*

By: _____
K.C. OKOLI, ESQ.
330 Seventh Avenue, 15th Floor
New York, New York 10001
Telephone: (212) 564-8152
Facsimile: (212) 268-3443
Email: kcokoli@verizon.net

Dated: New York, New York
March 25, 2009

LEV L. DASSIN
Acting United States Attorney for the
Southern District of New York
*Attorney for Defendant*

By: _____
JOSEPH N. CORDARO
Assistant United States Attorney
86 Chambers Street, Third Floor
New York, New York 10007
Telephone: (212) 637-2745
Facsimile: (212) 637-2686
Email: joseph.cordaro@usdoj.gov

SO ORDERED.

Dated: New York, New York
       March 26, 2009

_____
THE HONORABLE THEODORE H. KATZ
United States Magistrate Judge

2